UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| Karen Rockwell,<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>Alliance One, Inc.; and DOES 1-10, inclusive,<br><br>　　　　　　　　　Defendant. | Civil Action No.: 1:10-cv-01242-BEL |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: July 14, 2010

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　By /s/ Forrest E. Mays
　　　　　　　　　　　　　　　　　　Forrest E. Mays (Bar No. 07510)
　　　　　　　　　　　　　　　　　　2341 N Forrest Drive, Suite 90
　　　　　　　　　　　　　　　　　　Annapolis, MD 21403
　　　　　　　　　　　　　　　　　　Telephone: (410) 267-6297
　　　　　　　　　　　　　　　　　　Facsimile: (410) 267-6234
　　　　　　　　　　　　　　　　　　Email: mayslaw@mac.com

　　　　　　　　　　　　　　　　　　Of Counsel To
　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　A Connecticut Law Firm
　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　Facsimile: (877) 795-3666
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays

Forrest E. Mays