**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Karen Rockwell, | : |
| | : |
| | : Civil Action No.:  1:10-cv-01242-WDQ |
| Plaintiff, | : |
| v. | : |
| | : |
| Alliance One; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Karen Rockwell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 30, 2010

                              Respectfully submitted,
                              By <u>/s/ Forrest E. Mays</u>_____
                              Forrest E. Mays (Bar No. 07510)
                              1783 Forest Drive, Suite 109
                              Annapolis, MD  21401
                              Telephone: (410) 267-6297
                              Facsimile: (410) 267-6234
                              Email: mayslaw@mac.com

                              <u>Of Counsel To</u>
                              LEMBERG & ASSOCIATES L.L.C.
                              A Connecticut Law Firm
                              1100 Summer Street, 3rd Floor
                              Stamford, CT 06905
                              Telephone: (203) 653-2250
                              Facsimile:  (877) 795-3666
                              ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on August 30, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Forrest E. Mays

              Forrest E. Mays