UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Karen Rockwell, | : |
| | : |
| Plaintiff, | : Civil Action No.: 1:10-cv-01242-~~WDQ~~ L |
| v. | : |
| Alliance One; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2010 AUG 30  P 12:20
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

Karen Rockwell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 30, 2010

Respectfully submitted,
By /s/ Forrest E. Mays
Forrest E. Mays (Bar No. 07510)
1783 Forest Drive, Suite 109
Annapolis, MD  21401
Telephone: (410) 267-6297
Facsimile: (410) 267-6234
Email: mayslaw@mac.com

Of Counsel To
LEMBERG & ASSOCIATES L.L.C.
A Connecticut Law Firm
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (877) 795-3666
ATTORNEYS FOR PLAINTIFF

APPROVED THIS 30th DAY OF August 2010
_Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.